ETHEL G. MANGEL and Another, Respondents, *v.* BRONX BOROUGH
BANK, Appellant.

First Department, May 4, 1934.

*Robert F. Wellman* of counsel [*James B. Henney,* attorney], for
the appellant.

*Kevie Frankel,* for the respondents.

UNTERMYER, J. The action is by Ethel Mangel for personal
injuries sustained by her; by her husband, Robert Mangel, for
medical expenses in connection with the injuries sustained by his
wife and for the loss of her services.

On October 10, 1927, the plaintiff Ethel Mangel, after banking
hours, was leaving the branch of the defendant's bank, located
on Tremont avenue in the Bronx. The metal double doors leading
to the street, each weighing about 600 pounds, were closed, although
apparently not locked. As she approached the doors she extended
her hand to grasp the right door in order to open it. At that
moment the left door was suddenly thrown back with so much
force that it pinned her between that door and the wall, causing
injuries to her hand. It is fair to assume that the accident was
caused by someone who violently opened the left-hand door to
enter the bank while the plaintiff was attempting to open the right-
hand door in order to leave. There was no evidence of any defect
in the construction or condition of the doors nor was there evidence
that the person who had opened the left door was connected with
the bank.

Under these circumstances, negligence cannot be attributed to
the bank. For its protection the bank had the right to maintain
such doors and to keep them closed at least after banking hours.
It is not liable because someone, not shown to be connected with
the bank, opened the door at the left at a moment when the plaintiff

happened to be opening the door at the right. (*Pardington* v. *Abraham*, 93 App. Div. 359.) Upon the undisputed facts, the complaint should have been dismissed.

The judgment appealed from should be reversed, with costs, and the complaint dismissed, with costs.

FINCH, P. J., MERRELL, TOWNLEY and GLENNON, JJ., concur.

Judgment reversed, with costs, and complaint dismissed, with costs.